|  |  |
|---|---|
| EDITH N. ANDREATTA, an individual, | Case No. 2:09-cv-01722-LRH-GWF |
| Plaintiff, |  |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS** |
| FIRST NATIONAL BANK OF ARIZONA, AMERICA'S SERVICING COMPANY, GMAC MORTGAGE, NATIONAL DEFAULT SERVICING CORPORATION, DOE Individuals I-X, and ROES Corporations I- X inclusive, |  |
| Defendants. |  |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IT IS HEREBY STIPULATED by and between Plaintiff, Edith N. Andreatta ("Plaintiff"), and Defendant, Wells Fargo Bank, N.A. ("Wells Fargo") through the undersigned counsel, that Wells Fargo will file a response to Plaintiffs' Opposition to the Motion to Dismiss on or before November 9, 2009.

/ / /

/ / /

/ / /

/ / /

10687015.1

| | | |
|---|---|---|
| 1 | Dated October 28, 2009 | Dated October 28, 2009 |
| 2 | CHAMBERS & SELIK LLP | SNELL & WILMER L.L.P. |
| 3 | By: /s/Neal O. Chambers | By: /s/Jennifer R. Hargis |

Neal O. Chambers, Esq.
Chambers & Selik LLP
1055 E. Tropicana
Suite 300
Las Vegas, NV 89119

*Attorneys for Plaintiff*

Cynthia A. LeVasseur, Esq.
Jennifer R. Hargis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant WELLS FARGO BANK, N.A. improperly named herein as AMERICA'S SERVICING COMPANY*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

10687015.1

## **ORDER**

IT IS SO ORDERED that Wells Fargo will respond to the Plaintiff's Reply to Wells Fargo's Motion to Dismiss on or before November 9, 2009.

DATED this 30th day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Submitted by:

SNELL & WILMER L.L.P.

By: __/s/ Jennifer R. Hargis_____
   Cynthia A. LeVasseur, Esq.
   Jennifer R. Hargis, Esq.
   3883 Howard Hughes Parkway
   Suite 1100
   Las Vegas, NV  89169

   *Attorneys for Defendant WELLS FARGO BANK, N.A.*
   *improperly named herein as AMERICA'S SERVICING COMPANY*

10687015.1

- 3 -